# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PRATEEK DAVE,                                    :
                                                 :
      Plaintiff,                          :       Civil Action No.:    08-0856(RC)
                                                 :
      v.                                  :       Re Document No.:    37
                                                 :
DISTRICT OF COLUMBIA                             :
METROPOLITAN POLICE                              :
DEPARTMENT,                                      :
                                                 :
      Defendant.                          :

## ORDER

**GRANTING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; REQUIRING SUPPLEMENTAL BRIEFING CONCERNING PLAINTIFF'S LIBERTY INTEREST DUE PROCESS CLAIM**

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 9th day of November 2012, it is hereby

**ORDERED** that plaintiff's claims pursuant to 42 U.S.C. § 2000e, *et seq.* and 42 U.S.C. § 1981, and his property interest claims pursuant to the Fifth Amendment of the Constitution and 42 U.S.C. § 1983, are dismissed. It is

**FURTHER ORDERED** that defendant will file a renewed motion for summary judgment regarding plaintiff's liberty interest claim pursuant to the Fifth Amendment of the Constitution and 42 U.S.C. § 1983 by 12/10/12. Any opposition thereto shall be filed by 12/26/12, and any reply shall be filed by 1/2/13.

**SO ORDERED.**

                                                     RUDOLPH CONTRERAS
                                              United States District Judge